UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL GARZA, on behalf of himself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRINDERSON CONSTRUCTORS, INC., et al.,<br><br>Defendants. | Case No.  5:15-cv-05742-EJD<br><br>**CASE MANAGEMENT ORDER** |

This case is scheduled for a Case Management Conference on August 4, 2016. Based on the parties' Joint Case Management Statement and proposed schedule, the court has determined an appearance is unnecessary at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order. The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings prior to expiration of the deadline. Amendments sought after the deadline must comply with Federal Rule of Civil Procedure 16.

IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that, absent the presentation of a more compelling need for such relief, the court will not enter an order phasing discovery at this time. Any party seeking to phase discovery may file an administrative motion on that topic pursuant to Civil Local Rule 7-11.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are

referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
| --- | --- |
| Status Conference | 10:00 a.m. on January 12, 2017 |
| Joint Status Conference Statement | January 5, 2017 |
| Deadline to File Anticipated Motion for Class Certification | May 25, 2017 |
| Hearing on Anticipated Motion for Class Certification | 9:00 a.m. on July 20, 2017 |
| Fact Discovery Cutoff | November 6, 2017 |
| Designation of Opening Experts with Reports | December 6, 2017 |
| Designation of Rebuttal Experts with Reports | January 8, 2018 |
| Expert Discovery Cutoff | February 6, 2018 |
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | February 6, 2018 |
| Hearing on Anticipated Dispositive Motions | 9:00 a.m. on March 22, 2018 |
| Trial Setting Conference *(see Section III(C)(1) of Standing Order for Civil Cases)* | 11:00 a.m. on October 12, 2017 |
| Joint Trial Setting Conference Statement *(see Section III(C)(2) of Standing Order for Civil Cases)* | October 2, 2017 |

IT IS FURTHER ORDERED that the motion to appear by telephone (Dkt. No. 26) is TERMINATED as moot.

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court, with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions.

**IT IS SO ORDERED**.

Dated: August 2, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-05742-EJD
CASE MANAGEMENT ORDER

2