# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DANIEL GARZA as an individual and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRINDERSON CONSTRUCTORS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 5:15-cv-05742-EJD<br><br>**SECOND AMENDED [PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>*Hearing Information*<br>Date:　　　　March 22, 2018<br>Time:　　　　9:00am<br>Courtroom:　4<br>Judge:　　　Hon. Edward Davila |

# [PROPOSED] ORDER

This Court conducted a hearing on March 22, 2018 regarding Plaintiff Daniel Garza's Motion for Preliminary Approval of Class Action Settlement (the "Motion"). Having considered the Settlement Agreement ("Settlement" or "Settlement Agreement"), the Motion, all accompanying declarations and exhibits thereto, and all of the legal authorities and documents submitted in support of the Motion, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the Motion for Preliminary Approval of Class Action Settlement is GRANTED, subject to the following findings and orders:

1. The Order incorporates by reference the definitions of the Settlement Agreement, and all terms defined therein shall have the same meaning as set forth in the Settlement Agreement.

2. This Court has both subject matter jurisdiction and personal jurisdiction as to this Action and all Parties before it pursuant to 28 U.S.C. §1332(d)(2)(A).

3. The terms of the Settlement Agreement are sufficiently fair, reasonable and adequate to allow dissemination of the Class Notice. Thus, pending the Final Approval Hearing, the Court preliminarily approves the proposed Settlement.

4. Plaintiff has made a sufficient showing that a Settlement Class, as defined herein, should be certified for settlement purposes only, subject to the Final Approval Hearing. The Court finds that the requirements of Rule 23 of the Federal Rules of Civil Procedure for the preliminary approval of the Settlement and conditional certification of the proposed Settlement Class are met.

5. The following settlement class ("Settlement Class") is hereby conditionally certified for purposes of settlement only:

> All persons for whom Brinderson Constructors, Inc. or Brinderson L.P. obtained a consumer report during the time period December 2, 2010 through the date of this Order.

6. This Court finds that: (a) the members of the Settlement Class are so numerous that joinder of all Settlement Class Members is impracticable; (b) there are questions of law and fact common to the Settlement Class which predominate over any individual questions; (c) the claims of the Plaintiff are typical of the claims of the Settlement Class; (d) Plaintiff and Class Counsel will fairly and adequately represent and protect the interests of the Settlement Class; and

(e) a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

7. The Court conditionally appoints Plaintiff Daniel Garza as the representative of the above-described Settlement Class.

8. The Court conditionally appoints Setareh Law Group as Class Counsel. The Court finds that Class Counsel have demonstrable experience litigating, certifying, and settling class actions, and will serve as adequate counsel for the Settlement Class conditionally certified by this Order.

9. The Court has preliminarily reviewed the Parties' proposed Settlement and finds that its terms appear sufficiently fair, reasonable, and adequate to warrant dissemination of notice of the proposed Settlement to Settlement Class Members and the scheduling of a formal fairness hearing. The Court finds that the Parties entered into the Settlement in good faith, following arm's-length negotiations between their respective counsel.

10. The Class Notice and provisions for disseminating those materials and information, described in and attached to the Settlement Agreement, are consistent with Federal Rule of Civil Procedure Rule 23 and are approved. These materials (a) provide the best notice practicable under the circumstances; (b) are reasonably calculated, under the circumstances, to apprise the Settlement Class of the pendency of the action, the terms of the proposed Settlement, and of their right to exclude themselves from, or object to, the proposed settlement; (c) are reasonable and constitute due, adequate, and sufficient notice to all persons entitled to receive notice; and (d) fully comply with United States law.

11. The Court hereby approves and appoints KCC LLC as the Claims Administrator.

12. The Court preliminarily approves Goodwill Industries as *the cy pres* recipient.

//
//
//
//
//
//
//
//

12. The following dates shall govern for purposes of this Settlement:

| Date | Event |
|---|---|
| [30 days after Preliminary Approval] <br> May 10, 2018 | Last day for Claims Administrator to mail the Postcard Notice |
| [14 days before objection deadline] <br> June 11, 2018 | Last day for Plaintiff to file Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees and Costs |
| [45 days after mailing or remailing of notice] <br> June 25, 2018 | Last day for Class Members to submit any request for exclusion or objection |
| July 19, 2018 at 9:00am | Hearing on Motion for Final Approval of Class Action Settlement and Motion for Attorney's Fees and Costs |

13. Should for whatever reason the Stipulation and Judgment not become Final, the fact that the parties were willing to stipulate to certification of a class as part of the Stipulation shall have no bearing on, or be admissible in connection with the issue of whether a class should be certified in a non-settlement context.

14. All proceedings in the Action other than such as may be necessary to carry out the terms and conditions in the Settlement Agreement or this Order or the responsibilities related or incidental thereto are stayed and suspended until further Order of this Court.

15. The Court reserves the right to adjourn or continue the date of the Hearing on the Motion for Final Approval of Class Action Settlement and all dates provided for in the Stipulation without further notice to the Class, and retains jurisdiction to consider all further applications arising out of or connected with the Stipulation.

1
2
3  Dated: __April 10, 2018__
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS SO ORDERED.**

_____
Hon. Edward Davila